GUY, Circuit Judge,
concurring.
I concur in the result reached by Judge White and write separately because I would also affirm on other grounds. Specifically, although I agree that any error in the admission of Exhibit 116a would be harmless, I do not believe the evidence was admitted in error.
To begin with, there is no dispute as to the authenticity of the evidence since the summary consisted of information from the records of the IRS. Second, the evidence was directly linked to Charles because the returns were filed using her internet IP address and a portion of each refund went directly into one of her bank accounts. Third, the evidence was clearly relevant to prove the falsity of Charles’ own tax returns as it reflected her receipt of over $700,000 in unreported income. Fourth, it also was direct evidence relevant to the false claims counts, particularly in light of her contention that she only told her clients generally how to file their tax returns and they did the rest. Finally, although Charles contends that the admission of Exhibit 116a was unduly prejudicial, that argument might have more traction if the evidence had been admitted solely under Rule 404(b). As it is, all direct evidence is prejudicial in the sense that it is introduced by the government in order to establish guilt.